```
GARMAN TURNER GORDON LLP
ERIC R. OLSEN
NV Bar No. 3127
Email: eolsen@gtg.legal
JARED M. SECHRIST
NV Bar No. 10439
Email: jsechrist@gtg.legal
7251 Amigo Drive, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
```
*Attorneys for Defendant*
*Brent McPhail*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOXABL INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRAVE CONTROL SOLUTIONS, INC., and BRENT MCPHAIL, <br><br> Defendants, | CASE NO.: 2:25-cv-00580-JAD-BNW <br><br> **JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT BRENT MCPHAIL TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiff Boxabl Inc., ("Plaintiff") and Defendant Brent McPhail ("Defendant") respectfully request that the Court enter this stipulation to extend time for Mr. McPhail to respond to the Complaint by not more than 14 days. This is the parties' second request.

The parties hereby stipulate and agree to the following:

1. This Litigation was initiated on April 30, 2024 in the District of Michigan Eastern, Case No. 2:24-cv-11150-LJM-DRG (the "Complaint") [ECF No. 01].

2. On May 1, 20224, a summons was issued and to be served on Defendants (the "Summons") [ECF Nos. 03 & 04].

3. On May 18, 2024, Plaintiff served Defendants with a copy of the Summons and Complaint (the "Summons Returned Executed") [ECF Nos. 06 & 07].

///

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 of 2

4. On June 17, 2024, Defendants filed their Motion to Dismiss the Complaint (the "MTD") [ECF No. 11].

5. On March 26, 2025, the Court filed an Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (the "MTD Order") [ECF No. 20].

6. On March 27, 2025, the District of Michigan Eastern transferred the case to the United States District Court of Nevada, as Case No. 2:25-cv-00580-JAD-BNW.

7. On April 24, 2025, McPhail filed a Motion to Stay Case or Discovery for purposes of a brief stay of 14 days to retain local counsel in Nevada (the "Motion") [ECF No. 28].

8. On April 29, 2025, The Court granted a stay of the case and extended and current obligations or deadlines by 14-days (the "Order for Stay") [ECF No. 30].

9. McPhail has recently retained counsel.

10. Accordingly, the Parties stipulate that the deadline for McPhail to respond to Plaintiff's initial Complaint be extended to May 27, 2025, which is not more than 14 days from the prior extension.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 16, 2025

| | |
|---|---|
| Dated this 14th day of May 2025. | Dated this 14th day of May 2025. |
| GARMAN TURNER GORDON LLP | GORDON REES SCULLY MANSUKHANI, LLP |
| */s/ Jared M. Sechrist* <br> ERIC R. OLSEN <br> NV Bar No. 3127 <br> JARED M. SECHRIST <br> NV Bar No. 10439 <br> 7251 Amigo Drive, Suite 210 <br> Las Vegas, Nevada 89119 <br> Tel: (725) 777-3000 <br> Fax: (725) 777-3112 <br> *Attorneys for Defendant Brent McPhail* | */s/ Carra M. Sgobba* <br> LORI N. BROWN <br> Nevada Bar no. 8858 <br> CARA M. SGOBBA *(pro hac vice)* <br> 300 S. 4th Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br> Tel: (702) 577-9300 <br> Fax: (702) 255-2858 <br> *Attorneys for Plaintiff Boxabl, Inc.* |

Garman Turner Gordon
7251 Amigo Street
Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2 of 2