Lori N. Brown, Esq. (SBN 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
One Renaissance Square, Two North Central Avenue,
Suite 2200, Phoenix, AZ 85004
D: 602.794.3651
Email: lbrown@grsm.com

-AND-

Cara M. Sgobba, Esq.
*Admitted Pro Hac Vice*
**GORDON REES SCULLY MANSUKHANI, LLP**
28 State Street, Suite 1050
Boston, MA 02109
D: (857) 262-5087
Email: csgobba@grsm.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Boxabl, Inc.;<br><br>　　　　Plaintiff,<br><br>v.<br><br>Brave Control Solutions<br>and Brent McPhail,<br>　　　　　　Defendants. | No. Case No.: 2:25-cv-00580-JAD-BNW<br><br>STIPULATION AND JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DATED MAY 29, 2025<br><br>(First Request for Extension) |

Plaintiff, Boxabl Inc.("Plaintiff" or "Boxabl"), and Defendant Brent McPhail ("Defendant" or "McPhail"), by and through their counsel of record, hereby moves this Court pursuant to LR IA 6-1, LR 26-3 and other applicable law, for an extension of approximately 90 days of the existing case deadlines set forth in the Court's Scheduling Order dated May 29, 2025 (ECF No. 39) to the deadlines reflected in the "Proposed Revised Scheduling Order" chart set forth below. Good cause exists for the proposed extensions as set forth further herein.

1. This is the parties' first request for extension of the scheduling order in this action. It is being proposed more than 21 days prior to the expiration of current deadlines for which amendments are being sought.

2. Parties exchanged initial disclosures and related document productions in June 2025.

3. Since this action was transferred to the United States District Court for the District of Nevada, Co-Defendant Brave Control Solutions has declined to participate in this action. An entry of default was entered against it on July 29, 2025. (ECF No. 39).

4. In July 2025, Defendant McPhail filed a Motion to Dismiss this action with respect to himself for lack of personal jurisdiction. The motion was denied on October 14, 2025.

5. McPhail filed his Answer shortly thereafter on October 28, 2025.

6. Plaintiff served Interrogatories and Requests for Production of Documents upon Mr. McPhail on November 7, 2025.

7. Responses to Plaintiff's discovery were returned on December 30, 2025 and January 5, 2026.

8. McPhail served Interrogatories and Requests for Production of Documents upon Plaintiff on January 6, 2026. Plaintiff is in the process of preparing its responses.

9. On November 7, 2025, Plaintiff noticed McPhail's deposition which was intended to take place on January 8, 2026. Parties communicated about alternate dates to resolve a schedule conflict of Mr. McPhail's and provisionally agreed to reschedule the deposition for February 5, 2026. In the past week, a dispute between the parties arose concerning the form of Mr. McPhail's deposition to be taken with Boxabl requesting the deposition to take place in person in this forum state of Nevada, and Mr. McPhail requesting that the proceeding take place remotely.

10. On January 22, 2026, McPhail noticed the deposition for Galiano Tiramani, an affiliate of Boxabl.  Parties are discussing available dates for this deposition, but it is anticipated that due to schedules of Mr. Tiramani and his counsel, who must travel to Las Vegas, additional time may be needed to complete this deposition beyond the current close of discovery deadline which is February 23, 2026.

11.  Parties seek to extend the scheduling order to  enable the parties and the court time to brief and decide motions on the topic of Mr. McPhail's deposition site if judicial intervention is needed.

12. Parties further seek to extend the scheduling order to enable scheduling of Mr. Tiramani's deposition and to reserve opportunity to conduct follow up discovery on matters that may become known during both the anticipated depositions of McPhail and Tiramani.

13. In addition, parties intend to meet and confer regarding settlement prospects in the next few days.  Parties further seek to extend the scheduling order to enable these settlement discussions to appropriately proceed.

14. Based on the foregoing, Parties respectfully request that the Scheduling Order applicable to this above-captioned action be amended as follows:

| Activity | Current deadline | Proposed Amended Deadline |
| --- | --- | --- |
| Discovery Cut-Off Date | February 23, 2026 | June 2, 2026 |
| Amend Pleadings/Add Parties | November 25, 2025 | November 25, 2025 (no change) |
| Expert Disclosures | December 23, 2025 | December 23, 2025 (no change) |
| Rebuttal Experts | January 24, 2026 | January 24, 2026 (no change) |
| Dispositive Motions | April 24, 2026 | August 3, 2026 |

| Pretrial Order | May 25, 2026 | September 2, 2026 |
|---|---|---|

**Dated:** January 26, 2026

Respectfully submitted,

Boxabl, Inc., Plaintiff

By its attorneys,

*Cara Sgobba*

Lori N. Brown, Esq. (SBN 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
One Renaissance Square, Two North Central Avenue, Suite 2200, Phoenix, AZ 85004
D: 602.794.3651
Email: lbrown@grsm.com

-AND-

Cara M. Sgobba, Esq.
*Admitted Pro Hac Vice*
**GORDON REES SCULLY MANSUKHANI, LLP**
28 State Street, Suite 1050
D: Boston, MA 02109
(857) 262-5087
Email: csgobba@grsm.com

Respectfully submitted,

Brent McPhail

By his attorneys,

*Jared Sechrist*

Jared M. Sechrist, Esq.,
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.,
7251 W. Lake Mead Boulevard, Suite 300,
Las Vegas, NV 89128,
jsechrist@watttieder.com.
(702) 867-6051
*Attorneys for Defendant Brent McPhail*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 27, 2026

4