JARED M. SECHRIST
Nevada Bar No. 10439
Email: jsechrist@watttieder.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Tel: (702) 867-6051

*Attorneys for Defendant*
*Brent McPhail*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOXABL INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BRAVE CONTROL SOLUTIONS, INC., and BRENT MCPHAIL,<br><br>Defendants, | CASE NO.: 2:25-cv-00580-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(SECOND REQUEST)** |

Plaintiff Boxabl Inc. ("Plaintiff") and Defendant Brent McPhail ("Defendant") respectfully request that the Court enter this stipulation to extend the deadline to file dispositive motions to September 23, 2026 and a commensurate extension of the pretrial order deadline to October 23, 2026. This is the parties' second request to extend the deadlines set forth in the operative Discovery Plan and Scheduling Order. This request is made pursuant to LR IA 6-1 and IA 6-2 and is supported by good cause as set forth below.

The parties hereby stipulate and agree to the following:

1. On May 29, 2025, the Court entered the Joint Stipulated Discovery Plan and Scheduling Order [ECF No. 39].

2. On January 26, 2026, Plaintiff filed its First Motion to Extend Time (First Request) regarding the Scheduling Order [ECF No. 60], which the Court granted on January 27, 2026 [ECF No. 61]. The current deadlines set by that order are:

a. Discovery cutoff: June 2, 2026;

b. Dispositive motions, August 3, 2026; and

c. Joint pretrial order, September 2, 2026.

3. On April 17, 2026, Plaintiff filed a Motion to Compel or Order In-Person Deposition of Mr. McPhail [ECF No. 64].

4. On June 22, 2026, the Court granted the motion in part, ordered that McPhail's deposition proceed in person, and extended discovery for sixty (60) days for the purpose of taking McPhail's deposition [ECF No. 69].

5. The parties have agreed to conduct McPhail's deposition on August 10, 2026.

6. McPhail's deposition is directly relevant to the dispositive motions the parties anticipate filing. Because the deposition is scheduled for August 10, 2026—after the current August 3, 2026 dispositive motion deadline—the parties cannot meaningfully prepare and file dispositive motions until the deposition is completed and the transcript is available. Good cause therefore exists to extend the dispositive motion deadline to September 23, 2026, which is approximately thirty (30) days after the parties anticipate receiving the transcript of the scheduled deposition. This request is not made for purposes of delay, and no party will be prejudiced by the extension.

7. The parties seek to extend the joint pretrial order deadline to a new date of October 23, 2026 based on the same rationale set forth above and to conform with applicable procedural rules. Pursuant to LR 26-1(b)(5), the joint pretrial order shall be suspended if dispositive motions are timely filed and shall be due thirty (30) days after the Court decides those motions; if no dispositive motions are filed, the joint pretrial order shall be due thirty (30) days after the extended dispositive motion deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

8. Accordingly, the parties stipulate that the deadline to file dispositive motions be extended from August 3, 2026 to September 23, 2026 and deadline for pretrial order extended from September 2, 2026 to October 23, 2026.

Dated this 20th day of July, 2026.

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

/s/ *Jared M. Sechrist*
JARED M. SECHRIST
NV Bar No. 10439
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Tel: (702) 867-6051

Attorneys for Defendant
Brent McPhail

Dated this 20th day of July, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

/s/ *Cara M. Sgobba*
CARA M. SGOBBA (NV Bar No. 17114)
PETER STRNISTE (pro hac vice)

Attorneys for Plaintiff
Boxabl, Inc.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: July 21, 2026