Cara M. Sgobba, Esq. (SBN 17114)
Peter E. Strniste, Esq. *Admitted Pro Hac Vice*
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
*or*
26 State Street, Suite 1050
Boston, MA 02109
D. 857.262.5087
*Attorneys for Plaintiff Boxabl, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOXABL INC.,

Plaintiff,

vs.

BRAVE CONTROL SOLUTIONS, INC., and BRENT MCPHAIL,

Defendants,

CASE NO.: 2:25-cv-00580-JAD-BNW

**JOINT STIPULATION TO EXTEND RESPONSE DEADLINE FOR PLAINTIFF BOXABL CONCERNING MCPHAIL'S MOTION FOR SUMMARY JUDGEMENT**

**(First Request)**

Plaintiff Boxabl Inc., ("Plaintiff") and Defendant Brent McPhail ("McPhail") respectfully request that the Court enter this stipulation to extend the response deadline for Plaintiff's response to Defendant McPhail's Motion for Summary Judgement to from October 14, 2026 to October 23, 2026. This is the parties' first request concerning these deadlines.

The parties hereby stipulate and agree to the following:

1. This Litigation was initiated on April 30, 2024 in the District of Michigan Eastern, Case No. 2:24-cv-11150-LJM-DRG (the "Complaint") [ECF No. 01].
2. On or about March 27, 2025, the District of Michigan Eastern transferred the case to the United States District Court of Nevada, as Case No. 2:25-cv-00580-JAD-BNW.
3. On September 23, 2026, Defendant Brent McPhail filed a Motion for Summary Judgement ("Motion"). [ECF No. 73].
4. On October 9, 2026, Plaintiff through counsel contacted McPhail through counsel to request a deadline extension to enable Boxabl sufficient time to respond to the Motion.

5. The relief sought in this stipulation is not prejudicial to either party and helpful to facilitate the fair adjudication of the matters set forth in Mr. McPhail's Motion.

**IT IS SO ORDERED.**

______________________________
United States District Judge
Dated: 10/19/26

Dated this 12th day of October 2026.

WATT, TIEDER, HOFFAR & FITZGERALD LLP

*/s/ Jared M. Sechrist*
JARED M. SECHRIST
NV Bar No. 10439
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, Nevada 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
jsechrist@watttieder.com

*Attorneys for Defendant Brent McPhail*

Dated this 12th day of October 2026.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/Cara M. Sgobba*
Cara M. Sgobba, Esq. (SBN 17114)
Peter E. Strniste, Esq. *Admitted Pro Hac Vice*
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
*or*
26 State Street, Suite 1050
Boston, MA 02109
D. 857.262.5087
csgobba@grsm.com
pstrniste@grsm.com
*Attorneys for Plaintiff Boxabl, Inc.*